## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Case No.   14-cv-00237-LTB-KLM

BRAD ARAGON,

      Plaintiff,

v.

STRATMOOR HILLS FIRE PROTECTION DISTRICT,

DUANE SKUPA, named in his individual and official capacities,

ED SINGLETON, named in his individual and official capacities,

PAUL STEVENS, named in his individual and official capacities, and

ROBERT COLGROVE, named in his individual and official capacities,

      Defendants.

---

## FINAL ORDER AND JUDGMENT

---

Having considered the Settlement Agreement between the parties, and the entire record in the above-captioned action, and upon joint application of the parties, through their respective attorneys, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

(1)   The Court hereby approves the terms of the Settlement Agreement as fair, reasonable, appropriate, and in accordance with law, and hereby incorporates by reference herein such Settlement Agreement;

(2) Consistent with such Settlement Agreement and this Order, this action is hereby dismissed with prejudice; provided, however, that the Court retain jurisdiction for the purpose of enforcing compliance with the terms of the Settlement Agreement and this Final Order and Judgment under federal law.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: June 9, 2014